EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney (CBN 129676)
      Federal Building, Suite 7516AA
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-6606
      Facsimile: (213) 894-5900
      E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>          v.<br><br>JESSICA OCHOA,<br>                    Defendant. | **No. CV 14-9067-RGK(PJWx)**<br><br>          [CR 06-0797-RGK]<br><br>[~~PROPOSED~~]<br><br><u>ORDER CLOSING CASE;</u><br><u>WITHDRAWAL OF GARNISHMENT</u><br><br>[HON. R. GARY KLAUSNER] |

///
///
///
///
///
///
///
///
///

The Court having considered the request of plaintiff United States of America for order closing case number CV 14-9067-RGK(PJWx) and withdrawing writ of garnishment directed to In Home Supportive with regard to judgment debtor JESSICA OCHOA;

IT IS HEREBY ORDERED that case number CV 14-9067-RGK(PJWx) be closed and the writ of garnishment issued in this action on November 26, 2014 be withdrawn.

Dated:  July 16, 2015.

_____

UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Zoran J. Segina
_____
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff

-1-